IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00965-EWN-PAC

GRACIE ABEYTA

    Plaintiff,

v.

MERCK & CO., INC.

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

This matter is before the Court on the Joint Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#26).  Upon consideration of the motion, the Court finds that it should be GRANTED.  The Court hereby stays all pre-trial proceedings including all deadlines pursuant to the Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action, and vacates the July 11, 2006 Scheduling Conference, pending transfer to and pretrial proceedings in MDL No. 1657.

Dated: June 29, 2006

                                                s/ Edward W. Nottingham
                                                Edward W. Nottingham
                                                U.S. District Judge